IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:07-CV-275-D

| | |
|---|---|
| SILICON KNIGHTS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EPIC GAMES, INC., )<br>)<br>Defendant. ) | **ORDER** |

This case comes before the court on defendant's motion to allow counsel for Midway Games, Inc. ("Midway") to appear specially at the 17 July 2008 status conference in this matter (DE #124) for the purpose of participating in the argument of defendant's motion for limited reconsideration of the court's 13 June 2008 Order (DE # 111). The motion was not accompanied by a memorandum, as required by Local Civil 7.1(d), E.D.N.C., and defendant cites to no supporting authority in the motion itself. Plaintiff has filed a response in opposition (DE #128).

The court finds that defendant has failed to provide sufficient legal or factual basis for its motion, and it is accordingly DENIED. Midway's counsel shall not be permitted to present argument or otherwise enter an appearance at the 17 July 2008 status conference in this case. This ruling is without prejudice to any right Midway may have to seek intervention pursuant to Fed. R. Civ. P. 24. In addition, nothing in this order precludes Midway's counsel from attending the conference without making an appearance.

SO ORDERED, this 16th day of July, 2008.

James E. Gates
United States Magistrate Judge