IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:07-CV-275-D

| | |
|---|---|
| SILICON KNIGHTS, INC., | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| EPIC GAMES, INC., | ) |
| Defendant. | ) |

This case comes before the court on the motion (D.E. 293) by defendant and counterclaim plaintiff Epic Games, Inc. ("Epic") to compel compliance with the court's 21 November 2008 Order, and a motion (D.E. 310) by plaintiff and counterclaim defendant Silicon Knights, Inc. ("SK") for an indefinite extension of time to file a response to Epic's motion to compel. SK seeks the indefinite extension to respond on the grounds that the parties are attempting to resolve the motion. Rather than have Epic's motion to compel remain pending indefinitely, the court DENIES it without prejudice to Epic's renewing it. Should Epic decide to renew its motion to compel, it need not file with the renewed motion any supporting document that it filed with its instant motion to compel. Rather, it may simply state its reliance on the previously filed document and provide an appropriate citation for the document, including the applicable docket entry number. SK's motion for indefinite extension is DENIED as moot.

SO ORDERED, this 5th day of March, 2009.

James E. Gates
United States Magistrate Judge