IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:07-CV-275-D

| | |
|---|---|
| SILICON KNIGHTS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| EPIC GAMES, INC., ) | |
| ) | |
| Defendant. ) | |

The court is entering contemporaneously herewith a Memorandum and Recommendation ("M&R") recommending denial of plaintiff's motion for partial summary judgment (D.E. 418), allowance in part and denial in part of defendant's motion to strike (D.E. 473), denial of defendant's motion to stay (D.E. 480), and denial of plaintiff's claim for costs. Because the M&R may contain information a party deems confidential, the Clerk is DIRECTED to file the M&R under temporary seal.

No later than 6 August 2010, either party or other person that requests the M&R to be permanently sealed shall file a motion to seal and a supporting memorandum. If a motion to seal and supporting memorandum are timely filed, the M&R shall remain under seal pending ruling on the motion to seal. If the motion to seal and memorandum are not timely filed, the M&R shall be deemed unsealed without further order of the court.

In accordance with the requirements of *Stone v. Univ. of Md. Med. Sys. Corp.*, 855 F.2d 178, 180-81 (4th Cir. 1988) and *Hall v. United Airlines, Inc.*, 296 F. Supp. 2d 652, 678-80 (E.D.N.C. 2003), this order serves to provide the public notice of the sealing status of the M&R and an opportunity for interested persons to object to the permanent sealing of the M&R. If, after an

opportunity for interested persons to object to the permanent sealing of the M&R. If, after an adequate time has passed, the court weighs the interests favoring the permanent sealing of the M&R and the interests favoring public access to judicial documents and records, and finds that the interests favoring permanent sealing override any common law or constitutional right of public access that may attach to the M&R, the M&R will be permanently sealed.

SO ORDERED, this 22nd day of July 2010.

James E. Gates
United States Magistrate Judge