THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

5-07-CV-00275-D

SILICON KNIGHTS, INC.,
An Ontario (Canada) Corporation,

                  **Plaintiff,**

v.                                            **ORDER**

EPIC GAMES, INC.,
a Maryland Corporation,

                  **Defendant.**

This matter is before the Court on Defendant, Epic Games, Inc.'s ("Epic") Consent Motion to Temporarily File Document Under Seal.

WHEREAS, the materials proposed to be filed under seal discuss the content of the Memorandum and Recommendation filed by United States Magistrate Judge James E. Gates, which is currently under seal,

NOW, THEREFORE, upon consideration of the record, Epic's motion and pursuant to the provisions of Rule 26 of the Federal Rules of Civil Procedure, Local Rule 79.2, and this Court's Protective Order;

IT IS ORDERED THAT:

Epic's Objections to the Memorandum and Recommendation filed by United States Magistrate Judge James E. Gates should be maintained under seal pending a ruling on whether to permanently seal the Memorandum and Recommendation. If the seal on the Memorandum and Recommendation is lifted, the clerk is directed to also lift the temporary seal on Epic's

Objections. Accordingly, Epic's Motion to Temporarily File Documents Under Seal Containing Confidential Information is hereby GRANTED.

SO ORDERED.

This __15__ day of February, 2011.

JAMES C. DEVER III
United States District Judge