IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:07-CV-275-D

| | | |
|---|---|---|
| SILICON KNIGHTS, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| EPIC GAMES, INC., | ) | |
| Defendant. | ) | |

On January 25, 2011, Magistrate Judge Gates issued a Memorandum and Recommendation ("M&R"). On February 4, 2011, Epic Games, Inc.'s ("Epic" or "defendant") filed objections to the M&R [D.E. 594]. On February 14, 2011, Silicon Knights, Inc. ("SK" or "plaintiff") filed a response to defendant's objections [D.E. 596]. On February 22, 2011, Epic filed a motion and supporting memorandum [D.E. 598, 599] for leave to file a reply to SK's response to Epic's objections to the M&R. On March 2, 2011, SK responded in opposition [D.E. 600].

The court has reviewed the M&R, the objections, the response, defendant's motion to reply, and plaintiff's opposition to the motion. The court has considered the arguments in the proposed reply brief [D.E. 598-1] and has disregarded SK's waiver arguments as they relate to the M&R. Epic's motion for leave to file a reply to SK's response to defendant's objections to the M&R [D.E. 598] is GRANTED and the courts accepts Epic's proposed rely brief.

SO ORDERED. This 24 day of March 2011.

JAMES C. DEVER III
United States District Judge