IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:07-CV-275-D

| SILICON KNIGHTS, INC., | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| EPIC GAMES, INC., | ) | |
| Defendant. | ) | |

On August 15, 2011, Silicon Knights, Inc. filed a motion to file its trial brief under seal. The court has reviewed the trial brief in light of the governing standard. The motion to seal [D.E. 672] is DENIED.

SO ORDERED. This _25_ day of January 2012.

JAMES C. DEVER III
Chief United States District Judge