AO 450 (Rev. 5/85)

# United States District Court
### EASTERN DISTRICT OF NORTH CAROLINA
#### WESTERN DIVISION
#### 5:07-CV-275-D

| | | |
|---|---|---|
| SILICON KNIGHTS, INC., *an Ontario (Canada) Corporation*, | ) ) ) | |
| Plaintiff and Counter-Defendant, | ) ) | |
| v. | ) ) ) | **JUDGMENT** |
| EPIC GAMES, INC., *a Maryland Corporation*, | ) ) ) ) | |
| Defendant and Counter-Claimant. | ) | |

**DECISION BY THE COURT:** This action came to trial before the Court. The issues have been tried and a decision has been rendered.

**JURY VERDICT**: This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**IT IS ORDERED AND ADJUDGED** that Plaintiff and Counter-Defendant Silicon Knights, Inc. have and recover nothing from Defendant and Counter-Claimant Epic Games, Inc.

**IT IS ORDERED AND ADJUDGED** that Defendant and Counter-Claimant Epic Games, Inc. is entitled to recover from Plaintiff and Counter-Defendant Silicon Knights, Inc. the sum of $2,650,000.00 for breach of the May 10, 2005 license agreement. This sum shall bear interest at the legal rate.

**IT IS ORDERED AND ADJUDGED** that Defendant and Counter-Claimant Epic Games, Inc. is entitled to recover from Plaintiff and Counter-Defendant Silicon Knights, Inc. the sum of $1,800,000.00 for infringement of a copyright or copyrights and misappropriation of a trade secret or trade secrets of Defendant and Counter-Claimant Epic Games, Inc. This sum shall bear interest at the legal rate.

**THE ABOVE JUDGMENT WAS ENTERED TODAY**, <u>**May 30, 2012**</u> WITH A COPY TO:

Douglas W. Kenyon (via CM/ECF electronic notification)
Michael R. Shelbelskie (via CM/ECF electronic notification)
Cassandra C. Collins (via CM/ECF electronic notification)
R. Dennis Fairbanks (via CM/ECF electronic notification)
Hayden J. Silver III (via CM/ECF electronic notification)
Christopher T. Holland (via CM/ECF electronic notification)
Kenneth E. Keller (via CM/ECF electronic notification)
Garth A. Rosengren (via CM/ECF electronic notification)

<u>May 30, 2012</u>  JULIE A. RICHARDS, Clerk
Date  Eastern District of North Carolina

/s/ Debby Sawyer
(By) Deputy Clerk

Raleigh, North Carolina