THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:07-CV-00275-D

| | |
|---|---|
| SILICON KNIGHTS, INC., an Ontario (Canada) Corporation, <br><br>  Plaintiff/Counterclaim Defendant, <br><br> v. <br><br> EPIC GAMES, INC., a Maryland Corporation, <br><br>  Defendant/Counterclaim Plaintiff. | **PLAINTIFF SILICON KNIGHTS, INC.'S MOTION FOR REMITTITUR** |

Pursuant to Federal Rules of Civil Procedure ("Fed. R. Civ. P.") Rule 59(a), Plaintiff Silicon Knights, Inc. ("SK"), by and through its counsel, hereby respectfully moves this Court for remittitur of the judgment against it. Dkt. 804. Specifically, SK requests that this Court remit the judgment in the amount of the $1,800,000, which was awarded to Epic on its trade secret misappropriation and copyright infringement claims.

The award of $1,800,000 award constitutes double recovery. Epic's claims for breach of contract, trade secret misappropriation, and copyright infringement all arise from the same operative facts: SK's alleged unauthorized use of Unreal Engine 3. Consequently, Epic can obtain only one recovery for that injury, and Epic was made whole by the jury's award of $2,650,000 in back license fees under the License Agreement. With such an award, SK's use of UE3 is authorized under the License Agreement and cannot constitute either misappropriation or infringement.

Accordingly, SK respectfully requests that this Court remit the judgment against it and limit that judgment to $2,650,000.

Respectfully submitted the 2nd day of July, 2012.

            WOMBLE CARLYLE SANDRIDGE & RICE, LLP

            /s/ Hayden J. Silver, III
            ───────────────────────

            Hayden J. Silver, III (NC State Bar No. 10037)
            jsilver@wcsr.com
            WOMBLE CARLYLE SANDRIDGE & RICE, LLP
            150 Fayetteville Street
            Suite 2100
            Raleigh, NC 27601
            Phone (919) 755-2100
            Fax (919) 755-6099

            KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP

            Christopher T. Holland (CA Bar No. 164053)
            Kenneth E. Keller (CA Bar No. 71450)
            Garth A. Rosengren (CA State Bar No. 215732)
            Tanya I. Wei (CA Bar No. 240867)
            555 Montgomery Street, 17th Floor
            San Francisco, CA 94111
            Phone (415) 249-8330
            Fax (415) 249-8333

            *Attorneys for Plaintiff Silicon Knights, Inc.*

## CERTIFICATE OF SERVICE

This is to certify that on this date the foregoing **PLAINTIFF SILICON KNIGHTS, INC.'S MOTION FOR REMITTITUR** was filed electronically with the Clerk of the Court using the CM/ECF system which will send notice of such filing to the following:

>Doug Kenyon
>dkenyon@hunton.com
>
>Sean Braswell
>sbraswell@hunton.com
>
>Canon Pence
>cpence@hunton.com
>
>HUNTON & WILLIAMS LLP
>One Bank of America Plaza, Suite 1400
>421 Fayetteville Street
>Raleigh, North Carolina 27601

This the 2nd day of July, 2012

>/s/ Hayden J. Silver, III
>Hayden J. Silver, III
>NC State Bar No. 10037

WOMBLE CARLYLE SANDRIDGE & RICE, LLP
150 FAYETTEVILLE STREET
SUITE 2100
RALEIGH, NC 27601
PHONE (919) 755-2100
FAX (919) 755-6099