AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:07-CV-275-D

| | |
|---|---|
| SILICON KNIGHTS, INC., *an Ontario* (*Canada*) *Corporation*, <br><br> Plaintiff and Counter-Defendant, <br><br> v. <br><br> EPIC GAMES, INC., *a Maryland Corporation*, <br><br> Defendant and Counter-Claimant. | **SUPPLEMENTAL JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** that the court DENIES Silicon Knights, Inc.'s Motion to Stay [D.E. 808]. The court GRANTS IN PART and DENIES IN PART Epic Games, Inc.'s Motion for Costs [D.E. 813], GRANTS IN PART and DENIES IN PART Silicon Knights, Inc.'s Motion to Disallow Costs [D.E. 838], and awards Epic Games, Inc. $277,852.13 in costs. The court GRANTS IN PART and DENIES IN PART Epic Games, Inc.'s Motion for Attorneys' Fees and Expert Witness Fees [D.E. 814], awards Epic Games, Inc. $2,091,722.83 in attorneys' fees, and awards Epic Games, Inc. $680.00 in expert witness fees. The court GRANTS IN PART and DENIES IN PART Epic Games, Inc.'s Motion to Amend the Judgment [D.E. 816] and amends the Judgment [D.E. 804] to reflect $2,302,147.96 in prejudgment interest on Epic Games, Inc.'s breach of contract counterclaim. The court DENIES Silicon Knights, Inc.'s Motion to Alter the Judgment by Remittitur [D.E. 818]. The court GRANTS IN PART and DENIES IN PART Epic Games, Inc.'s Motion for a Permanent Injunction [D.E. 820], and ORDERS the injunctive relief described in the Court's Order of November 7, 2012 [D.E 862]. The court DENIES Silicon Knights, Inc.'s Motion for Judgment as a Matter of Law [D.E. 824]. The court GRANTS Epic Games, Inc.'s Motion to Compel [D.E. 828]. Silicon Knights, Inc. shall provide complete responses to the requested discovery not later than December 3, 2012. The court GRANTS Epic Games, Inc.'s two Motions to Seal [D.E. 823, 833]. The court retains jurisdiction of the matter.

**THE ABOVE AMENDED JUDGMENT WAS ENTERED TODAY**, <u>**November 8, 2012**</u> WITH A COPY TO:

Douglas W. Kenyon (via CM/ECF electronic notification)
Michael R. Shelbelskie (via CM/ECF electronic notification)
Cassandra C. Collins (via CM/ECF electronic notification)
R. Dennis Fairbanks (via CM/ECF electronic notification)
Hayden J. Silver III (via CM/ECF electronic notification)
Christopher T. Holland (via CM/ECF electronic notification)
Kenneth E. Keller (via CM/ECF electronic notification)
Garth A. Rosengren (via CM/ECF electronic notification)


<u>November 8, 2012</u>　　　　　　　　　　　　JULIE A. RICHARDS, Clerk
Date　　　　　　　　　　　　　　　　　　　　Eastern District of North Carolina


　　　　　　　　　　　　　　　　　　　　　　<u>/s/ Debby Sawyer　　　　　　　　　</u>
　　　　　　　　　　　　　　　　　　　　　　(By) Deputy Clerk

Raleigh, North Carolina